# Court of Appeals
# of the State of Georgia

ATLANTA, July 11, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2352. LOUIS F. REYNAUD, IV v. FIVE OAKS DEVELOPMENT, INC.**

This action began as a dispossessory proceeding in magistrate court, which transferred the case to the superior court. On April 26, 2019, the superior court issued a final order granting the plaintiff's motion to issue a writ of possession. Louis Reynaud filed a notice of appeal on May 7, 2019. We, however, lack jurisdiction.

Generally, a notice of appeal must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-38 (a). The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter here is a dispossessory judgment. Under OCGA § 44-7-56, appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. Id. at 523. Reynaud's notice of appeal is untimely, as it was filed 11 days after entry of the order he seeks

to appeal. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __07/11/2019__
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*